Sherman C. Lee        (SBN 145765)
COLLIAU CARLUCCIO KEENER MORROW PETERSON & PARSONS
555 Mission Street
Suite 330
San Francisco, CA  94105
Telephone:    415.932.7000
Facsimile:     415.932.7001
Email:          sherman.lee@cna.com

Attorneys for Plaintiff
CONTINENTAL CASUALTY COMPANY

Pamela E. Cogan       (SBN 105089)
Stacy M. Tucker        (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA  94063-2052
Telephone:    650.364.8200
Facsimile:     650.780.1701
Email:          pcogan@rmkb.com, stucker@rmkb.com

Attorneys for Defendant
GOLDEN EAGLE INSURANCE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, a corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>GOLDEN EAGLE INSURANCE CORPORATION, a corporation, and DOES 1-10,<br><br>                    Defendants. | Case No.:    4:14-cv-01521  CRB<br><br>STIPULATION EXTENDING THE TIME TO HEAR DISPOSITIVE MOTIONS AND ORDER |

Plaintiff CONTINENTAL CASUALTY COMPANY ("Continental Casualty") and defendant GOLDEN EAGLE INSURANCE CORPORATION ("Golden Eagle"), by and through their attorneys of record, respectfully request and stipulate to the entry of an order extending the deadline

to hear dispositive motions in this action from June 11, 2015 to August 14, 2015.  Good cause exists to grant this request because the parties are presently engaged in settlement discussions which may resolve this matter without the need for further litigation.  The parties request an extension of the deadline to so that they may focus their efforts on the settlement of this action and thus avoid unnecessarily burdening this Court with dispositive motions.  Extension of this deadline will affect no other deadlines in this action.

**IT IS SO STIPULATED**.

The filer of this document attests that concurrence in this filing has been obtained from all signatories.

Dated:  May 4, 2015                COLLIAU CARLUCCIO KEENER MORROW
                                   PETERSON & PARSONS

                                   By:    /s/  Sherman C. Lee
                                          Sherman C. Lee
                                          Attorneys for Plaintiff
                                          CONTINENTAL CASUALTY COMPANY

Dated:  May 4, 2015                ROPERS, MAJESKI, KOHN & BENTLEY

                                   By:    /s/  Stacy M. Tucker
                                          Stacy M. Tucker
                                          Attorneys for Defendant
                                          GOLDEN EAGLE INSURANCE CORPORATION

### ORDER

Good cause appearing, this Court hereby grants the parties request to extend the deadline to hear dispositive motions in this action.  The parties shall have until August 14, 2015 for dispositive motions to be heard.

**IT IS SO ORDERED**.

Dated: May 13, 2015                _____
                                   THE HONORABLE CHARLES R. BREYER